CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 8 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| LAWRENCE DONAL HOWERTON, | ) | |
| Petitioner, | ) | Civil Action No. 7:09-cv-00237 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JEFFREY DILLMAN, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED**

that Howerton's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** and

this case shall be **STRICKEN** from the active docket of the court.

Howerton is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal

Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of

entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is **DIRECTED** to send a certified copy of this Order and accompanying

Memorandum Opinion to the petitioner.

ENTER: This 28th day of September, 2009.

United States District Judge